UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS AGOSTON,

        Plaintiff,                      Case No. 14-14013

v.                                     District Judge John Corbett O'Meara
                                        Magistrate Judge R. Steven Whalen

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.,

        Defendants.
_____/

## **ORDER**

      On July 17, 2015, the Court entered a stipulated order dismissing Defendant Experian Information Solutions, Inc. ("Experian"). Therefore, Experian's motion to compel Plaintiff's deposition [Doc. #38], which has been referred for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A), is DENIED AS MOOT.

      **IT IS SO ORDERED.**

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Date: August 12, 2015

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2015, by electronic means and/or ordinary mail.

                                              s/H. Monda in the absence of C. Ciesla
                                              Case Manager